IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| APRIL D. CALHOUN, | * |
| Plaintiff, | * |
| v. | Case No. 1:17-CV-153 (LJA) |
| | * |
| WILLIE E. LOCKETTE, et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated March 7, 2018, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 7th day of March, 2018.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk